

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-18-00706-CV

**IN THE INTEREST OF R.M.C., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00998
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, after we granted the State's first motion for an extension of time to file the brief, the State's brief was due on January 28, 2019. *See* TEX. R. APP. P. 38.6(b), (d). After the extended due date, the State filed a second motion for an extension of time.

The State's motion for a twenty-one-day extension of time to file the brief is GRANTED. The State's brief is due on February 19, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court